UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY D DAVIS,

                    Plaintiff,

          v.

STATE OF WASHINGTON, JAY
INSLEE,

                    Defendants.

CASE NO. 3:18-CV-05855-RJB-DWC

REPORT AND RECOMMENDATION

Noting Date: December 7, 2018

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff's Motion to Withdraw § 1983 Complaint Without Prejudice. Dkt. 6. After review of the Motion, the undersigned recommends Plaintiff's action be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**BACKGROUND**

Plaintiff originally filed this action on October 19, 2018. Dkt. 1. The Court issued an Order to Show Cause or Amend, outlining several deficiencies in Plaintiff's Complaint. Dkt. 5. In response, Plaintiff filed this Motion to Withdraw, explaining he "believes he was premature in his filing at this time." Dkt. 6.

**DISCUSSION**

Plaintiff requests his claims be dismissed without prejudice. Federal Rule of Civil Procedure 41 sets forth the circumstances under which an action may be dismissed. Under Rule

1    41(a)(1), an action may be voluntarily dismissed without prejudice by the plaintiff if the plaintiff

2    files a notice of dismissal before the defendant files an answer or summary judgment motion and

3    the plaintiff has not previously dismissed an action "based on or including the same claim."

4    Fed.R.Civ.P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

5    　　　Plaintiff requested dismissal before the Court ordered his Complaint served, and so has

6    requested dismissal before either Defendant filed an answer or motion for summary judgment.

7    *See* Dkt. 6. Further, Plaintiff has not previously dismissed an action based on the same claim.

8    Because of this, Plaintiff's request falls within the provisions of 41(a)(1). Therefore, the Court

9    finds dismissal without prejudice is appropriate in this case.

10    **CONCLUSION**

11    　　　For the foregoing reasons, the Court recommends Plaintiff's Motion (Dkt. 6) be granted

12    and his action dismissed without prejudice.

13    　　　Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

14    fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.

15    6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*

16    review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

17    imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on

18    December 7, 2018, as noted in the caption.

19    　　　Dated this 21st day of November, 2018.

20

21    David W. Christel
     United States Magistrate Judge

22

23

24